753 091886 027
309 091184 33
6354437

**CALIFORNIA DEPARTMENT OF JUSTICE**
**DISPOSITION OF ARREST AND COURT ACTION**

Page 1 of 3

309 091184/33

## A. LAW ENFORCEMENT INFORMATION

**ARRESTING/BOOKING AGENCY:** EVSO
**BOOKING NO.:** 351334
**LOCAL NO. (OCA):** 14845
**POB:** MO

**REASON FOR RELEASE:**
- ○ 849B (3) PC
- ○ 849B (1) PC
  - If 849B (1) PC, please check one of the following:
    - ○ COMPL. REFUSES TO PROS.
    - ○ ADMISS. EVID. INSUFF.
    - ○ ARRESTEE EXON.
    - ○ ASCERT. EVID. INSUFF.
    - ○ FURTHER INVEST.
    - ○ RELEASED TO OTHER AGENCY
    - ○ OTHER

**RELEASE DATE:**

**I.D. NUMBERS:**
- CII NO.: A07537498
- FBI NO.: 266071CA2
- S.S. NO.: 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
- D.L. NO.: TEXAS 02399997/1

**NAME (LAST, FIRST, MIDDLE):** Morley, Jess O.
**SEX:** M   **DESCENT:** CAUC   **HGT:** 5'10"   **WGT:** 195   **EYES:** BRN   **HAIR:** BRN   **DATE OF BIRTH:** 6-11-34

**ARREST DATE:** 09/14/83   **WARRANT NO.:** 001-2
**CHARGE 1 (SEC., CODE):** 288(a)   **TYPE:** F/M  V
**CHARGE 2 (SEC., CODE):** 288(a) (c)   **TYPE:** F/M  V
**CHARGE 3 (SEC., CODE):** 288(a)   **TYPE:** F/M
**CHARGE 4 (SEC., CODE):** 288(a) 647(a)   **TYPE:** F/M
**REMARKS:**

## B. PROSECUTION

**DATE:**  ○ 849.5 PC
**REASON FOR REJECTION:** CHARGE 1 | CHARGE 2 | CHARGE 3 | CHARGE 4

## C. COURT INFORMATION

**DATE FILED:** 10/28/83   **FILE NO.:** CR18635   **CONSOLIDATED FILE NO.:**   **L.C. JUD. DIST. NO.:**
**TYPE OF FILING:** ☒ INFORMATION  ○ CERTIFICATION  ○ INDICTMENT   **S.C. JUD. DIST. NO.:** 36180

| TYPE FILING F/M | FIRST PLEA NG/NG-I/G | FINAL PLEA NOLO/ACQ/DIS | CRT JUV | HTA | CRT SC | CONV | DATE | TYPE DISPO F/M | CHARGES AT DISPOSITION SECTION AND CODE | DEG | PRIOR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. X | X | X |  |  |  | X | 3-13-84 | X | 288(a) PC |  |  |
| 2. X | X | X | M |  |  |  | 7-5-84 | X | 288(a) PC |  |  |
| 3. X | X | X | M |  |  |  | 7-5-84 | X | 288(a) PC |  |  |
| 4. X | X | X |  |  |  | X | 3-13-84 | X | 647(a) PC CW/CNT 1 |  |  |

**DATE OF SENTENCE:** 7-5-84   **TRUE NAME:**
**TYPE OF TRIAL:** ○ JURY  ○ COURT  ○ TRANSCRIPT
○ FINDING/VERDICT OF NOT GUILTY-INSANE

| SENTENCE | CHARGE 1 | SUS | CHARGE 2 | SUS | CHARGE 3 | SUS | CHARGE 4 | SUS |
|---|---|---|---|---|---|---|---|---|
| CVA |  |  |  |  | 36055 / 288 |  | 288 |  |
|  |  |  |  |  | 36020 |  | 288 |  |
| JAIL |  |  |  |  | 36048 |  | 288 |  |
|  |  |  |  |  | M-36055 / |  | 288 |  |
| FINE |  |  |  |  |  |  | 36050 T4 25F |  |
| RESTITUTION |  |  |  |  |  |  |  |  |
| OTHER |  |  |  |  |  |  |  |  |
| PROBATION | 17 PC |  | 17 PC |  | 17 PC / 36055 |  | 17 PC / 830 |  |
| PRISON | SUS |  |  |  |  |  |  |  |
| NOTES: (3 cnts) |  |  |  |  | COM Chgs CNT 1 To 288-M |  |  |  |
|  |  |  |  |  | NGFA = 36055 2585 T/L |  |  |  |
| REMARKS: LEWD LASCIVIOUS / Acts under 14 |  |  |  |  | A-36055 2585 T/L |  |  |  |
|  |  |  |  |  | C006YA |  |  |  |

## D. PROCEEDINGS SUSPENDED

**DATE:**
- ○ BW
- ○ APPEAL
- ○ 1000 PC
- ○ CRC 3050 WIC
- ○ CRC 3051 WIC
- ○ NON-STAT DIVERSION
- ○ 1203.03 PC
- ○ MISTRIAL
- ○ OTHER
- ○ 1370 PC
- ○ 1026 PC
- ○ MDSO
- ○ ST. HOSP.
- ○ CO. MENTAL

## E. REOPEN OR RETRIAL AFTER

**DATE:**
- ○ BW
- ○ APPEAL
- ○ 1000 PC
- ○ CRC
- ○ 1170 PC
- ○ NON-STAT DIVERSION
- ○ 1203.03 PC
- ○ MISTRIAL
- ○ HUNG JURY
- ○ 1370 PC
- ○ 1026 PC
- ○ MDSO

**DATE:** PROBATION
- ○ VIOLATED
- ○ 1203.3 PC
- ○ MODIFIED TO:
- ○ REVO
- ○ 1203.
- ○ MOS_ DS JAIL

## F. SUBSEQUENT ACTION

**DATE:** CONVICTION SET ASIDE/REDUCED/DISMISSED
- ○ 1203.4 PC
- ○ 3200 WIC
- ○ 1203.46 PC
- ○ REDUCED 17 PC
- ○ 1772 WIC
- ○ OTHER

**DATE:** RECORD SEALED
- ○ 851.7 PC
- ○ 851.8 PC
- ○ 1203.45 PC
- ○ OTHER

**EXHIBIT 1**

JUS 8715 (Rev. 1/1/78)

**8877695**

CALIFORNIA DEPARTMENT OF JUSTICE
DISPOSITION OF ARREST AND COURT ACTION

### A. LAW ENFORCEMENT INFORMATION
ARRESTING/BOOKING AGENCY

REASON FOR RELEASE
- ○ 849B (3) PC
- ○ 849B (1) PC

If 849B (1) PC, please check one of the following:
- ○ COMPL. REFUSES TO PROS.   ○ ADMISS. EVID. INSUFF.
- ○ ARRESTEE EXON.   ○ ASCERT. EVID. INSUFF.
- ○ FURTHER INVEST.
- ○ RELEASED TO OTHER AGENCY
- ○ OTHER

RELEASE DATE

I.D. NUMBERS
- CII NO.
- FBI NO.
- S.S. NO.
- D.L. NO.

BOOKING NO. | LOCAL NO. (OCA) | DOB

NAME (LAST, FIRST, MIDDLE)

SEX | DESCENT | HGT | WGT | EYES | HAIR | DATE OF BIRTH

ARREST DATE | WARRANT NO. | CHARGE 1 (SEC., CODE) 9: 288(a)(c) | TYPE F/M | CHARGE 2 (SEC., CODE) 10: 288(a) | TYPE F/M ✓

CHARGE 3 (SEC., CODE) 11: 288(a) | TYPE F/M | CHARGE 4 (SEC., CODE) | TYPE F/M | REMARKS:

### B. PROSECUTION
DATE | ○ 849.5 PC | REASON FOR REJECTION: CHARGE 1 | CHARGE 2 | CHARGE 3 | CHARGE 4

### C. COURT INFORMATION
DATE FILED | FILE NO. CC18635 | CONSOLIDATED FILE NO. | L.C. JUD. DIST. NO. | S.C. JUD. DIST. NO.

TYPE OF FILING: ○ INFORMATION  ○ CERTIFICATION  ○ INDICTMENT

| TYPE FILING F/M | FIRST PLEA NG NG-1 G NOLO | FINAL PLEA ACQ DIS | DISPOSITION CRT/JUV HTA CRT/SC CONV | DATE | TYPE DISPO F M | CHARGES AT DISPOSITION SECTION AND CODE | DEG | PRIOR |
|---|---|---|---|---|---|---|---|---|
| 1. X | X | | M | 7-5-84 | X | 288(c) PC ✓ | | |
| 2. X | X | X | | 3-13-84 | X | 289(a) PC | | |
| 3. X | X | | M ✓ | 7-5-84 | X | 288(a) PC ✓ | | |

TYPE OF TRIAL: ○ JURY  ○ COURT  ● TRANSCRIPT
○ FINDING/VERDICT OF NOT GUILTY-INSANE

DATE OF SENTENCE: 7-5-84 | TRUE NAME: JESS MARLEY

| SENTENCE | CHARGE 1 | SUS | CHARGE 2 | SUS | CHARGE 3 | SUS | CHARGE 4 | SUS |
|---|---|---|---|---|---|---|---|---|
| CYA | | | | | | | | |
| JAIL | | | | | | | | |
| FINE | | | | | | | | |
| RESTITUTION | | | | | | | | |
| OTHER | | | | | | | | |
| PROBATION | 17 PC | | 17 PC | | 17 PC | | 17 PC | |
| PRISON | SUS SP TFT 6 YRS + CTS 191 + 96 days | | | | | | | |

OBTS (stamped)

NOTES:
REMARKS:

### D. PROCEEDINGS SUSPENDED
DATE | ○ BW  ○ APPEAL  ○ 1000 PC | ○ CRC 3050 WIC  ○ CRC 3051 WIC  ○ NON-STAT DIVERSION | ○ 1203.03 PC  ○ MISTRIAL  ○ OTHER | ○ 1370 PC  ○ 1026 PC  ○ MDSO | ○ ST. HOSP.  ○ CO. MENTAL

### E. REOPEN OR RETRIAL AFTER
DATE | ○ BW  ○ APPEAL  ○ 1000 PC | ○ CRC  ○ 1170 PC  ○ NON-STAT DIVERSION | ○ 1203.03 PC  ○ MISTRIAL  ○ HUNG JURY | ○ 1370 PC  ○ 1026 PC  ○ MDSO | ○ CYA  ○ JUV CRT  ○ LOWER CRT  ○ OTHER

### F. SUBSEQUENT ACTION
DATE | PROBATION | ○ VIOLATED  ○ 1203.9 PC  MODIFIED TO: ___ MOS, ___ DS JAIL ___ FIN | ○ REVOKED  ○ 1203.3 PC | ○ REINSTATE  ○ EXPIRED

DATE | CONVICTION SET ASIDE/REDUCED/DISMISSED | ○ 1203.4 PC  ○ 3200 WIC | ○ 1203.4a PC  ○ REDUCED 17 PC | ○ 1772 WIC  ○ OTHER

○ 851.7 PC  ○ 851.8 PC  ○ 1203.45 PC  ○ OTHER

Case 2:22-cv-00012  Document 1-1  Filed 04/07/22  Page 2 of 3 PageID #: 19

JUS 8715 (Rev. 1/87)

8877694

**CALIFORNIA DEPARTMENT OF JUSTICE**
**DISPOSITION OF ARREST AND COURT ACTION**

Page 2 of 2

### A. LAW ENFORCEMENT INFORMATION
ARRESTING/BOOKING AGENCY

| REASON FOR RELEASE | RELEASE DATE | I.D. NUMBERS |
|---|---|---|
| ○ 849B (3) PC | | CII NO. |
| ○ 849B (1) PC | | |

BOOKING NO. | LOCAL NO. (OCA) | DOB

If 849B (1) PC, please check one of the following:
○ COMPL. REFUSES TO PROS.  ○ ADMISS. EVID. INSUFF.
○ ARRESTEE EXON.  ○ ASCERT. EVID. INSUFF.
○ FURTHER INVEST.

FBI NO.
S.S. NO.

NAME (LAST, FIRST, MIDDLE)

SEX | DESCENT | HGT | WGT | EYES | HAIR | DATE OF BIRTH
○ RELEASED TO OTHER AGENCY
○ OTHER

D.L. NO.

ARREST DATE | WARRANT NO. | CHARGE 5 (SEC., CODE) 5 **288(a)** TYPE F/M ✓ | CHARGE 6 (SEC., CODE) 6 **647(a)** TYPE F/M

CHARGE 7 (SEC., CODE) 7 **288(a)** | TYPE F/M ✓ | CHARGE 8 (SEC., CODE) 8 **288(a)** | TYPE F/M | REMARKS:

### B. PROSECUTION
DATE  ○ 849.8 PC | CHARGE 1 | CHARGE 2 | CHARGE 3 | CHARGE 4
REASON FOR REJECTION

### C. COURT INFORMATION
DATE FILED | FILE NO. **CR 18635** | CONSOLIDATED FILE NO. | L.C. JUD. DIST. NO. | S.C. JUD. DIST. NO.

TYPE OF FILING: ○ INFORMATION  ○ CERTIFICATION  ○ INDICTMENT

| TYPE FILING F/M | FIRST PLEA NG/NG-I/G/NOLO | FINAL PLEA ACQ/DIS | DISPOSITION CRT JUV/HTA/CRT SC/CONV | DATE | TYPE DISPO F/M | CHARGES AT DISPOSITION SECTION AND CODE | DEG | PRIOR |
|---|---|---|---|---|---|---|---|---|
| 1. X | X | | M | 7-5-84 | X | 288(a) PC | | |
| 2. X | X | | M | 7-5-84 | X | 647(a) PC | | |
| 3. X | X | X | X | 3-13-84 | X | 288(a) PC | | |
| 4. X | X | | M | 7-5-84 | X | 288(a) PC | | |

DATE OF SENTENCE | TRUE NAME

TYPE OF TRIAL: ○ JURY  ○ COURT  ○ TRANSCRIPT
○ FINDING/VERDICT OF NOT GUILTY-INSANE

| SENTENCE | CHARGE 1 | SUS | CHARGE 2 | SUS | CHARGE 3 | SUS | CHARGE 4 | SUS |
|---|---|---|---|---|---|---|---|---|
| CYA | | | cnt 3 30030 | 2250 | | | | |
| JAIL | | | cnt 3 30045 | 2930 | | | | |
| FINE | | | | | | | | |
| RESTITUTION | | | | | | | | |
| OTHER | | | | | | | | |
| PROBATION | 17 PC | | 17 PC | | 17 PC | | 17 PC | |
| PRISON | SUS | | | | | | | |

PLEASE SEE PAGE THREE OF THREE

**OBTS**

NOTES:
REMARKS:

### D. PROCEEDINGS SUSPENDED
DATE | ○ BW ○ APPEAL ○ 1000 PC | ○ CRC 3050 WIC ○ CRC 3051 WIC ○ NON-STAT DIVERSION | ○ 1203.03 PC ○ MISTRIAL ○ OTHER | ○ 1370 PC ○ 1026 PC ○ MDSO | ○ ST. HOSP. ○ CO. MENTAL

### E. REOPEN OR RETRIAL AFTER
DATE | ○ BW ○ APPEAL ○ 1000 PC | ○ CRC ○ 1170 PC ○ NON-STAT DIVERSION | ○ 1203.03 PC ○ MISTRIAL ○ HUNG JURY | ○ 1370 PC ○ 1026 PC ○ MDSO | ○ CYA ○ JUV CRT ○ LOWER CRT ○ OTHER

### F. SUBSEQUENT ACTION
DATE | PROBATION | ○ VIOLATED ○ 1203.9 PC MODIFIED TO: ___ MOS ___ | ○ REVOKED ○ 1203.3 PC ___ DS JAIL ___ FINE | ○ REINSTATED ○ EXPIRED

DATE | CONVICTION SET ASIDE/REDUCED/DISMISSED | ○ 1203.4 PC ○ 3200 WIC | ○ 1203.4a PC ○ REDUCED 17 PC | ○ 1772 WIC ○ OTHER

DATE | RECORD SEALED | ○ 851.7 PC | ○ 851.8 PC | ○ 1203.45 PC ○ OTHER

JUS 8715 (Rev. 1/1/78)