

Tennessee Sex Offender Registry



# MARLEY, JESS LEE
OFFENDER ID: SO011101

## CLASSIFICATION/STATUS

**CLASSIFICATION**
VIOLENT

**STATUS**
ACTIVE - INCAPACITATED

## OFFENSES

| DATE OF OFFENSE | DESCRIPTION | TCA CODE |
|---|---|---|
| 03/13/1984 | LEWD, LASCIVIOUS ACTS W\ CHILD UNDER 14 | 39-13-PT5 |
| 07/05/1984 | LEWD, LASCIVIOUS ACTS W/CHILD U 14 | 39-13-PT5 |

## ADDRESSES

**PRIMARY**
3385 SPRING CREEK ROAD, COOKEVILLE, TN 38501 (OVERTON County)
Agency: OVERTON CO SO

**SECONDARY**
2400 N WASHINGTON, COOKEVILLE, TN 38501 (PUTNAM County)
Agency: OVERTON CO SO

## VEHICLES

**VEHICLE**
2004 GRAY DODGE DURANGO (UTILITY VEHICLE)
TAG: 4769DD5, TN

**VEHICLE**
2012 GRAY TOYOTA COROLLA (SEDAN)
TAG: 692DD48, TN

CRIMINAL HISTORY NOT AVAILABLE

## DEMOGRAPHICS

**HAIR**
GRAY

**EYES**
BROWN

**GENDER**
MALE

**RACE**
WHITE

**HEIGHT**
510

**WEIGHT**
195

**DOB**
06/11/1934

**DRIVER'S LICENSE**
135060607, TN

**SCARS-MARKS**
SCAR, LEG, LEFT; SCAR, LEG, RIGHT

## OTHER

**LAST REGISTRATION/REPORT DATE**
12/15/2021 (4 months ago)

**LAST DATE INFORMATION UPDATED**
03/30/2022 (9 days ago)

**REGISTERING AGENCY**
OVERTON CO SO

*Note: In the field entitled Last Registration/Report Date, the term "Not Available" indicates The Tennessee Bureau of Investigation has not received offender information as directed by T.C.A. 40-39-201 et. seq. The Website is updated daily based on information submitted to the TBI.

## DISCLAIMER

The Tennessee Sex Offender Registry exists as a public information resource, allowing citizens to take proactive measures to ensure safety in their communities. Misuse of this information by individuals or groups to commit crimes (to include, but not limited to, threats, intimidation, stalking, or harassment) may be subject to prosecution or the potential of civil liability.

The information contained in the Tennessee Sex Offender Registry has been provided to TBI by the offender's registering agency. The TBI does not guarantee the accuracy of this information. If you have reasonable proof that any of the information contained in an offender's profile is inaccurate, please contact the offender's registering agency, as listed above.

Because the Tennessee Sex Offender Registry database is updated daily, the accuracy of any offender information that is viewed and/or printed can only be assured on the day that it is viewed and/or printed.