IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. 2:22-cv-00012 |
| Plaintiff, | ) | |
| v. | ) | Chief Judge Crenshaw |
| WILLIAM B. LEE, in his official capacity as Governor of the State of Tennessee, and | ) | Magistrate Judge Newbern |
| DAVID B. RAUSCH, in his official capacity as Director of the Tennessee Bureau of Investigation, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel on behalf of the Defendants, William B. Lee and David B. Rausch, and requests that court notices and service of all motions and other papers be directed to the undersigned counsel.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Rob Mitchell
ROB MITCHELL (32266)
Senior Assistant Attorney General
Law Enforcement and Special
Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-6023
robert.mitchell@ag.tn.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been filed and served electronically to the following parties via the Court's electronic filing system on this the 2nd day of May, 2022:

John B. Nisbet, III
Daniels & Nisbet
P.O. Box 13
Livingston, TN 38570
nisbetcle@gmail.com

                                            s/ *Rob Mitchell*
                                            ROB MITCHELL