# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:22-cv-00012 |
| | ) | |
| WILLIAM B. LEE, in his capacity as | ) | |
| Governor of the State of Tennessee and | ) | |
| DAVID B. RAUSCH, in his capacity as | ) | |
| Director of the Tennessee Bureau of | ) | |
| Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Counsel for Plaintiff has filed a Suggestion of Plaintiff's Death (Doc. No. 32) that John

Doe, a/k/a Jessie Lee Marley passed away on September 25, 2022. Accordingly, this case is hereby

**DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE